IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ERIC L. CLARK,

    Plaintiff,

v.

CITIFINANCIAL SERVICES INC.,

SUSAN SCHOTSCH, VICE PRESIDENT,

WILMINGTON SAVINGS FUND SOCIETY, FSB,

CHARLES J. BRISEW, VICE PRESIDENT,

BEN FRASER, MD.,

ACE HOMES LLC.,

ASPEN PROPERTIES GROUP LLC.,

TOTAL PROPERTY SOLUTIONS, LLC.,

DAVID F. CABALLERO, MANAGER,

CARRINGTON MORTGAGE SERVICES LLC.,

CHRIS LECHTANSKI, VP COLLATERAL OPS

    Defendants

CIVIL ACTION NO.

1:23cv1506-SCJ

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 0 8 2023

KEVIN P WEIMER, Clerk
By: Kimberly Hatcher, Deputy Clerk

**AMENDED COMPLAINT**

**PARTIES**

matter concerns parties from different states and a diversity of citizenship under 28 U.S.C.*1332(c)(1). Plaintiff complaint consists of claims arising out the Fraudulent Transactions relating to his personal property.

## STATEMENT OF CLAIMS

14. In September 2007 Plaintiff agreed to taking out a Personal Signature Loan with Defendant CitiFinancial Services at there Lilburn, Georgia office location.
15. The loan amount was for $15,985.00 to be repaid in monthly installments.
16. Plaintiff made payments as agreed and got his balance down to under $7,000.00.
17. Without Notice or further communication the branch office of CitiFinancial closed in 2010.
18. Without Notice to Plaintiff nor with Plaintiff's knowledge and consent, CitiFinancial unlawfully converted Plaintiff's Personal Loan into a Second Mortgage secured loan.
19. On October 5, 2017, this debt was discharged in the United States Bankruptcy Court as a non secured debt.
20. On October 5, 2017, CitiFinancial unlawfully and with intent to defraud sold the unsecured loan debt to Wilmington Savings Fund FSB.
21. Without legal notice to Plaintiff, Defendant Wilmington Savings Fund FSB foreclosed on Plaintiff's home located at 3689 Deer Springs Trial, Ellenwood, Ga. 30294 in June 2022.
22. Plaintiff would contend that Defendant Ace Homes LLC knew or should have known that Plaintiff had been the victim of fraud as it related to his fraudulent Second Mortgage Security Deed from communications and discussions with the Plaintiff beginning in July 2022.
23. Plaintiff would contend that the remaining defendants Charles J. Brisew, Ben Fraser, Susan Schotsch, Carrington Mortgage Services LLC, Total Property Solutions LLC, David F. Caballero and Chris Lechtanski by their acts or omissions knew or should have known that they participating in an unlawful civil and criminal conspiracy to defraud the plaintiff of his property

1. Eric L. Clark is a citizen of the United States and resides in Georgia at 3689 Deer Springs Trial, Ellenwood, Ga. 30294. He is subject to the jurisdiction of this court.
2. Defendant CitiFinancial is a corporation located in Palm Harbor, Florida. They are subject to the jurisdiction of this Court.
3. Defendant Susan Schotsch is the Vice-President or Former Vice President of CitiFinancial Serves LLC . She is believed to be a resident and citizen of the state of Florida. She is subject to the jurisdiction of this court.
4. Wilmington Savings Fund Society, FSB is a corporation located in Wilmington, Delaware. They are subject to the jurisdiction of this court.
5. Charles J. Brisew is the Vice-President or Former Vice-President of the Aspen Properties Group, LLC a Missouri limited liability company. He is subject to the jurisdiction of this court.
6. Ben Fraser, MD is employed by Aspen Properties Group, LLC, a Missouri limited liability company. He is subject to the jurisdiction of this court.
7. Ace Homes LLC, is a corporation located in Norcross, Georgia. They are subject to the jurisdiction of this court.
8. Aspen Properties Group, LLC is a Missouri limited liability company. They are subject to the jurisdiction of this court.
9. Total Properties Solutions LLC is a corporation located in Avondale, Pennsylvania. They are subject to the jurisdiction of this court.
10. David F. Caballero, is a Manager for Total Properties Solutions LLC, a Pennsylvania limited liability company. He is subject to the jurisdiction of this court.
11. Carrington Mortgage Services LLC is a corporation located in Anaheim, California. They are subject to the jurisdiction of this court.
12. Chris Lechtanski is the Vice-President of Carrington Mortgage Services LLC, a California limited liability company. He is subject to the jurisdiction of this court.

**JURISDICTION**

13. This court has original jurisdiction of this civil action matter involves damages in excess of $75,000.00 and as codified under 28 U.S.C* 1332.This

by various unlawful conduct and behavior as it related to processing financial transactions related to plaintiffs property.

## RELIEF

A. Plaintiff seeks a judgment against Citifinancial Services in the amount of one million dollars ($1,000,000.00) for their unlawful and fraudulent actions and conduct of converting plaintiff's personal loan of 2007 into a Second mortgage loan.
B. Plaintiff seeks a judgment against Wilmington Savings Fund FSB in the amount of one million dollars ($1,000,000.00) for the unlawful foreclosure of his home in June 2022.
C. Plaintiff seeks a judgment of four-hundred thousand dollars ($400,000.00) against each of the remaining named defendants for their acts or omissions resulting from the civil and criminal conspiracy to defraud the plaintiff of his property.
D. Plaintiff seeks any and all other relief deemed just and proper by the trier of facts.
E. A jury trial is hereby Demanded.

April 6, 2023

Respectfully Submitted,

*Eric Clark*

Eric L. Clark, Pro se
3689 Deer Springs Trial
Ellenwood, Ga. 30294
(770) 572-8213

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Eric Lee Clark | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | 17-67513 | | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

   ☐ No. Go to Part 2.

   ■ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|   |   | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | Georgia Department of Revenue | $0.00 | $0.00 | $0.00 |
| | Priority Creditor's Name | | | |
| | 1800 Century Blvd NE Suite 910 | | | |
| | Atlanta, GA 30345 | | | |
| | Number Street City State Zip Code | | | |

Last 4 digits of account number  SSN

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
- ☐ Contingent
- ■ Debtor 1 only
- ☐ Unliquidated
- ☐ Debtor 2 only
- ☐ Disputed
- ☐ Debtor 1 and Debtor 2 only

Type of PRIORITY unsecured claim:
- ☐ At least one of the debtors and another
- ☐ Domestic support obligations
- ☐ Check if this claim is for a community debt
- ■ Taxes and certain other debts you owe the government

Is the claim subject to offset?
- ☐ Claims for death or personal injury while you were intoxicated
- ■ No
- ☐ Other. Specify _____
- ☐ Yes          Taxes



Case 17-67513-wlh   Doc 1   Filed 10/05/17   Entered 10/05/17 13:06:20   Desc Main
Document   Page 28 of 66

Debtor 1  Eric Lee Clark                                Case number (if know) _____

| 4.1 | Capital One | Last 4 digits of account number _____ | $784.00 |

Nonpriority Creditor's Name
P.O. Box 85149
Richmond, VA 23276
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  credit card

| 4.2 | CB DUNLEAF APARTMENTS, INC. | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
875 N MICHIGAN AVENUE
Chicago, IL 60611-1803
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

| 4.3 | CITIFINANCIAL | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
605 Munn Rd E
C/S Care Dept
Fort Mill, SC 29715-8421
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

Case 17-67513-wlh   Doc 1   Filed 10/05/17   Entered 10/05/17 13:06:20   Desc Main
Document   Page 28 of 66

Debtor 1   Eric Lee Clark                             Case number (if know) _____

| 4.1 | Capital One | Last 4 digits of account number _____ | $784.00 |

Nonpriority Creditor's Name
P.O. Box 85149
Richmond, VA 23276
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  credit card

| 4.2 | CB DUNLEAF APARTMENTS, INC. | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
875 N MICHIGAN AVENUE
Chicago, IL 60611-1803
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.3 | CITIFINANCIAL | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
605 Munn Rd E
C/S Care Dept
Fort Mill, SC 29715-8421
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____




Debtor 1  Eric Lee Clark  Case number (if known) 17-67513

| 4.7 | EVERBANK | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
301 W Bay St
Jacksonville, FL 32202-5184
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.8 | MIDLAND CREDIT MGMT INC | Last 4 digits of account number | $1,852.00 |

Nonpriority Creditor's Name
2365 Northside Dr 300
San Diego, CA 92108-2709
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.9 | NATIONAL AUTO SALES, INC | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
2482 Spring Rd SE
Smyrna, GA 30080-3877
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____



Debtor 1 **Eric Lee Clark**  Case number (if known) **17-67513**

| 4.1 0 | PORTFOLIO RECOVERY ASSOCIATES | | $824.00 |

**Nonpriority Creditor's Name**
Riverside Commerce Center
120 Corporate Blvd Ste 100
Norfolk, VA 23502-4962
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.1 1 | SYNCB/HAVERTYS | | $0.00 |

**Nonpriority Creditor's Name**
P.O. Box 965036
Orlando, FL 32896-5036
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.1 2 | SYNCB/OLD NAVY | | $0.00 |

**Nonpriority Creditor's Name**
PO Box 965036
Orlando, FL 32896-5036
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____



Debtor 1  Eric Lee Clark                                                        Case number (if known)  17-67513

| 4.1 3 | THE MONEY TREE OF GA INC. | Last 4 digits of account number _____ | | $0.00 |

Nonpriority Creditor's Name
4300 BUFORD DR STE 2C
Buford, GA 30518-5409
Number Street City State Zip Code

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

### Part 3:  List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
Ceelia Usher
2171 Holly Hills Drive
Decatur, GA 30032

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 2.2 of (Check one):

■ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

### Part 4:  Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. $ | 1,600.00 |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. $ | 0.00 |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. $ | 0.00 |
|  | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
|  | 6e. | Total Priority. Add lines 6a through 6d. | 6e. $ | 1,600.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
|  | 6f. | Student loans | 6f. $ | 0.00 |
| Total claims from Part 2 | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ | 0.00 |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $ | 0.00 |
|  | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 5,003.00 |
|  | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. $ | 5,003.00 |

